JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-7985 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JANICE SOTEROS, AKA JANICE L. SOTEROS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Janice Soteros, aka Janice L. Soteros, in the principal amount of $1,117.54 plus interest accrued to October 29, 2013, in the sum of $2,600.14; with interest accruing thereafter at 10.40% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**3,717.68**.

DATED: 12/10/13                By: TERRI NAFISI
                                   Clerk of the Court

                                   _____
                                   Deputy Clerk
                                   United States District Court

Page 5